UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GREGORY MEANS                                    CIVIL ACTION

VERSUS                                           NUMBER: 06-5703

LT. RONNIE SEAL, ET AL.                          SECTION: "N"(5)

**ORDER**

    In light of the fact that plaintiff is currently without counsel, the Court vacates the current pre-trial conference date of April 7, 2011 and the trial date of April 18, 2011.  This matter is herewith closed administratively as the Court has determined that it is in the interest of justice that plaintiff be given an opportunity to obtain counsel of his own choosing upon his release from incarceration.

    The record reflects that plaintiff has had multiple attorneys representing him throughout the pendency of this matter, all of whom have requested to withdraw from his representation. Accordingly, the Court declines to appoint anyone else to represent

plaintiff.  The Court has been advised that plaintiff has a "good time" release date from prison before the end of the calendar year 2011.  Upon plaintiff's release from incarceration, he will be in a position to make independent arrangements with counsel for his own representation.  All current deadlines in this matter are vacated, to be reset once this matter is re-opened.

Plaintiff is instructed that he may move to re-open this matter within 60 days after his release from incarceration.  Should plaintiff fail to move to re-open this matter within 60 days of his release from incarceration, this matter will be dismissed with prejudice for failure to prosecute.  The motion to appoint counsel (Rec. doc. 149) is DENIED.  The motion for issuance of a subpoena (Rec. doc. 150) is DENIED without prejudice to plaintiff's right to re-issue same upon the re-opening of this matter.  The motion to quash subpoena served on Warden Robert C. Tanner (Rec. doc. 145) is GRANTED without prejudice to plaintiff's right to re-issue same upon the re-opening of this matter.

New Orleans, Louisiana, this __7th__ day of ____January____, 2011.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE