UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GREGORY MEANS                                    CIVIL ACTION

VERSUS                                           NUMBER: 06-5703

LT. RONNIE SEAL, ET AL.                          SECTION: "N"(5)


O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed with prejudice for failure to prosecute pursuant to Rule 41(b), Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 23rd day of March, 2012.

UNITED STATES DISTRICT JUDGE